1
2
3
4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7   CHARLES CARTER,                          Case No. 21-cv-05351-KAW   (PR)

8              Plaintiff,
                                             **ORDER FOR CLARIFICATON FROM**
9        v.                                  **PLAINTIFF**

10  KATHLEEN ALLISON, et al.,

11             Defendants.

12

13        Plaintiff has sued a number of prison officials, as well as certain other persons, nearly all

14  of whom have been served.  However, one defendant (R. Steven Tharratt, M.D., Director of

15  CDCR's Medical Services) was not able to be served because he is deceased.  *See* ECF No. 9.

16  Accordingly, within **14 days** from the date on which this Order is served, Plaintiff is instructed to

17  inform the court whether he still wishes to maintain his suit against the now-deceased party, or

18  whether he wishes to voluntary dismiss Dr. Tharratt from this lawsuit.

19

20        IT IS SO ORDERED.

21     Dated: November 10, 2021

22                                           _____
                                             KANDIS A. WESTMORE
23                                           United States Magistrate Judge

24

25

26

27

28

United States District Court
Northern District of California