UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>    Defendants. | Case No. 21-cv-05351-HSG<br><br>**ORDER GRANTING MOTION TO CHANGE TIME TO FILE ANSWER AND DISPOSITIVE MOTION; DISMISSING DEFENDANT STEVEN THARRATT**<br><br>Re: Dkt. No. 21 |

    Defendants K. Allison, R. Diaz, R. Davis, R. Broomfield, A. Pachynski, L. Escobell, C. Cryer, D. Borders, and J. Bick have moved for a sixty-day extension of time, through March 11, 2022, to file and serve a dispositive motion concerning Plaintiff's complaint. The Court has read and considered Defendants' motion to change time and the accompanying declaration of counsel and, good cause appearing, Defendants' requested extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended to March 11, 2022.

    Plaintiff's opposition to Defendants' dispositive motion shall be filed no later than thirty days from the date Defendants' motion is filed.

    Defendants' reply brief shall be filed no later than fifteen days after Plaintiff's opposition is filed on the Court's electronic filing system. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

    In addition, in light of Plaintiff's voluntary dismissal of claims against Defendant R. Steven Tharratt, who was unable to be served because he is deceased, *see* Docket Nos. 16, 17, Defendant R. Steven Tharratt is hereby DISMISSED.

1     This order terminates Docket No. 21.

2     **IT IS SO ORDERED.**

3     Dated: 2/10/2022

                                              HAYWOOD S. GILLIAM, JR.
                                              United States District Judge