UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-05351-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 24 |

Plaintiff has moved for a sixty-day extension of time, through March 12, 2022, to file his opposition to Defendant Clark Kelso's motion to dismiss, Dkt. No. 20. Although Plaintiff's motion comes after the Court's deadline passed, good cause appearing, the requested extension of time is GRANTED. March 12 being a Saturday, the time in which Plaintiff may file an opposition to the motion to dismiss is extended to March 14, 2022.

Defendant Clark Kelso's reply brief shall be filed no later than fifteen days after Plaintiff's opposition is filed on the Court's electronic filing system. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

This Order terminates Docket No. 24.

**IT IS SO ORDERED.**

Dated: 2/16/2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge