UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>    Defendants. | Case No. 21-cv-05351-HSG<br><br>**ORDER DENYING PENDING MOTIONS WITHOUT PREJUDICE AND STAYING OTHER PROCEEDINGS**<br><br>Re: Dkt. Nos. 20, 27 |

In light of the Order of Limited Assignment entered in this case, referring to the Hon. William H. Orrick the resolution of identified common issues, any pending motions to dismiss or motions for summary judgment are DENIED WITHOUT PREJUDICE.

Judge Orrick will issue an order setting out a briefing and hearing schedule to resolve the referred-issues in the miscellaneous matter, 3:22-mc-80066-WHO *In re CIM-SQ Transfer Cases*.

All other proceedings in this case – other than the resolution of in forma pauperis (IFP) applications and initial review orders – are STAYED absent further order of the undersigned. Defendants' motion to stay briefing (Dkt. No. 27) is GRANTED.

This Order terminates Docket Nos. 20 and 27.

**IT IS SO ORDERED.**

Dated: 3/14/2022

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge