AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ **District of** _____California_____

Charles Carter, Sr.

                Plaintiff (s),

V.

Kathleen Allison, et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 21-cv-05351-HSG

Notice is hereby given that, subject to approval by the court, __Plaintiff Charles Carter, Sr.__ substitutes
                                                                             (Party (s) Name)

__Stanley R. Apps__, State Bar No. __309425__ as counsel of record in
                (Name of New Attorney)

place of __Plaintiff Charles Carter, Sr. (pro se)__
                           (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Law Office of Stanley R. Apps
    Address: 4424 Bellingham Avenue
    Telephone: (310) 709-3966    Facsimile _____
    E-Mail (Optional): stan@appsatlaw.com

I consent to the above substitution.
Date: 3/13/2022
                                          (Signature of Party (s))

I consent to being substituted.
Date: 3/13/2022
                                          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/18/2022
                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/21/2022                              Haywood S. Gill Jr.
                                                                   Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**